UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

IN RE: MOHAMMED KEITA'S MOTIONS
TO PROCEED IN FORMA PAUPERIS

JUDGMENT
23-CV-2441 (ENV) (LB); 23-CV-2683 (ENV) (LB);23-CV-3201 (ENV) (LB); 23-CV-6419 (ENV) (LB); 23-CV-6691 (ENV) (LB); 23-CV-3134 (ENV) (LB); 23-CV-3343 (ENV) (LB); (23-cv-1811)(ENV)(LB)

------------------------------------------------------------ X

An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on April 4, 2024, dismissing this case without prejudice; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith; and denying IFP status for the purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962); it is

ORDERED and ADJUDGED that this case is dismissed without prejudice; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this Order would not be taken in good faith; and that IFP status is denied for the purpose of an appeal. *See Coppedge v. United States,* 369 U.S. 438, 444–45 (1962).

Dated: Brooklyn, NY
     April 8, 2024

Brenna B. Mahoney
Clerk of Court

By: */s/Jalitza Poveda*
     Deputy Clerk